Registered Mail #RF775825204US — Dated: April 24, 2025

1  Corey Walker, *sui juris*
2  Kevin Walker, *sui juris*
3  C/o 30650 Rancho California Road # 406-251
   Temecula, California [92591]
4  non-domestic *without* the U̱nited S̱tates
   Email: team@walkernovagroup.com
5



6  *Attorney(s)-In-Fact, Executor(s), and Fiduciaries for the*
   *Secured Parties, Real Parties In Interest,* and *Purported* Defendants.
7  LWY RIDERS LLC, ™NEW BEGINNINGS© TRUST

8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**

10  Kai Fan, an individual,  **ED   CV   25** ᴺᵒ.  **01043** - UA

11       *[Purported] Plaintiff,*              (Formerly: Riverside County Superior Court
                                               – Unlawful Detainer Division, Case No.
12       *vs.*                                 UDCO 2500416)

13  **LWY RIDERS LLC, a corporation, NEW**
    **BEGINNINGS TRUST, a trust,**             **NOTICE OF REMOVAL TO**
14       *Defendant(s)/Real Party(ies) in*     **FEDERAL COURT**
         *Interest/Secured Party(ies)*
15

16

17

18

19          __NOTICE OF REMOVAL TO FEDERAL COURT__

20       **(For Lack of Jurisdiction, Procedural Fraud, and Commercial Dishonor)**

21  **COMES NOW**, the Purported Defendants, **LWY RIDERS LLC** and **NEW**

22  **BEGINNINGS TRUST** (hereinafter, "Defendants," "Purported Defendants," and/

23  or "Real Parties in Interest"), by and through their duly appointed *Attorneys-in-Fact,*

24  *Executors, Trustees, Fiduciaries, and Authorized Representatives,* by **Special Limited**

25  **Appearance** (Not generally) and **without** waiver of any rights, immunities, or

26  protections, and hereby assert their standing in accordance with the principles of

27  **equity, trust law, the common law**, and **constitutionally guaranteed due process**,

28  and hereby remove the above-entitled action from the **Superior Court of**

Registered Mail #RF775825204US — Dated: April 24, 2025

1  **California, County of Riverside**, Unlawful Detainer Division, to the **United States**

2  **District Court for the Central District of California**, pursuant to **28 U.S.C. §§ 1441,**

3  **1443, and 1446**, and state the following:

## I. GROUNDS FOR REMOVAL

5  This action is removable under **28 U.S.C. § 1441** because it arises under **federal law,**

6  including but not limited to:

7  •  The **United States Constitution**,

8  •  The **Uniform Commercial Code (UCC)**,

9  •  **42 U.S.C. § 1983** (civil rights violations),

10  •  **18 U.S.C. §§ 241 and 242** (conspiracy and deprivation of rights under color of law),

11  •  and **18 U.S.C. §§ 1961–1968** (civil RICO statutes).

12  Defendants are asserting **federally protected rights** grounded in equity, private

13  trust law, and secured commercial instruments. These rights are not being honored

14  by the state court, resulting in ongoing irreparable harm and violations of

15  constitutionally protected due process.

16  The state court proceeding was commenced:

17  •  Without a **verified complaint**,

18  •  Without **jurisdiction over the Real Parties in Interest**,

19  •  Without **lawful service of process**,

20  •  And in **clear violation of federal constitutional guarantees**, as well as

21  contractual and commercial law.

22  Removal is also proper under **28 U.S.C. § 1443**, as Defendants are being denied the

23  enforcement of federally protected rights in a state forum operating:

24  •  In **bad faith**,

25  •  In **procedural fraud**,

26  •  And as a **railroad tribunal**.

27  **Tamara L. Wagner**, acting under the title of "Judge," is in fact a **licensed California**

28  **attorney (Bar No. 188613)** and **commissioner**, who is **not** a constitutionally

Registered Mail #RF775825204US — Dated: April 24, 2025

1  **appointed judge** and is **unlawfully practicing law from the bench** in violation of

2  **Canon 3 of the Code of Judicial Conduct, Article III of the U.S. Constitution**, and

3  federal statute.

4  The state court has failed or refused to:

5  • Acknowledge *unrebutted* **affidavits** filed under UCC §§ 3-505 and 3-603,

6  • Dismiss for lack of standing,

7  • Recognize *perfected* **commercial claims**,

8  • And has proceeded in **open dishonor** despite the absence of any verified

9    injury or lawful party.

10  This case constitutes:

11  • **Judicial railroading,**

12  • **Commercial trespass,**

13  • And a **pattern of racketeering activity**, actionable under **civil RICO** (18

14    U.S.C. § 1962), based on the use of fraudulent legal instruments, false process,

15    and conspiracy under color of law.

16  This removal is **timely** under **28 U.S.C. § 1446(b)**, having been filed within **30 days**

17  **of knowledge and notice of continued unlawful state court activity.**

18  <u>**II. PROCEDURAL COMPLIANCE**</u>

19  On or about **March 19, 2025**, Plaintiff(s) initiated a civil action in the **Superior Court**

20  **of California, County of Riverside**, styled *Kai Fan v. New Beginnings Trust*, Case

21  No. **UDCO 2500416.**

22  Pursuant to **28 U.S.C. § 1446(d)**, written notice of this removal will be promptly

23  served upon all adverse parties and a copy will be filed with the **Clerk of the**

24  **Superior Court of Riverside County.**

25  <u>**REMOVAL EFFECTED BY OPERATION OF LAW**</u>

26  This action is **removed by operation of law** pursuant to **28 U.S.C.**

27  **§§ 1441, 1443, and 1446** upon the filing of this Notice with the

28  United States District Court. The **state court is divested of all**

Registered Mail #RF775825204US — Dated: April 24, 2025

1  **jurisdiction**, and this Honorable Court is now vested with full

2  subject-matter jurisdiction.

3  ## **RESERVATION OF RIGHTS**

4  Defendants expressly reserve the right to:

5  • Supplement or amend this Notice as additional facts emerge,

6  • Challenge **jurisdiction**, **venue**, and **process**,

7  • And assert full reserved rights under **UCC § 1-308**, the **common law**, and the

8  **Constitution of the United States.**

9  All rights reserved, **nunc pro tunc, ab initio.**

10  //

11  ## **VERIFICATION:**

12  **Pursuant to 28 U.S.C. § 1746**

13  **BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE**

14  I, <u>Corey Walker</u>, over the age of 18, competent to testify, and having **firsthand**

15  **knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and**

16  **state** under penalty of perjury under the laws of the **United States of America**, that

17  the foregoing statements are **true, correct, and complete**, to the best of my

18  **understanding, knowledge, and belief**, and made in **good faith.**

19  Executed, signed, and sealed this <u>24TH</u> day of <u>April</u> in the year of Our Lord two

20  thousand and twenty five, *without* the United States, **with all rights reserved and**

21  **without prejudice.**

22  **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

23

24  By: *[signature]* _____

**Corey Walker**, *Fiduciary, Authorized Representative, Executor*

25

26  Let this document stand as truth before the Almighty Supreme Creator and let it be

27  established before men according as the scriptures saith: *"But if they will not listen,*

28  *take one or two others along, so that every matter may be established by the testimony of two*

Registered Mail #RF775825204US — Dated  April 24, 2025

1  or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every
2  word be established" 2 Corinthians 13:1.

3  Sui juris, By Special Limited Appearance,

4  By: _____
5  Donnabelle Mortel (WITNESS)

6  Sui juris, By Special Limited Appearance,

7  By: _____
8  Kevin Walker  (WITNESS)

9  //

# LIST OF EXHIBITS / EVIDENCE:

11  1. **Exhibit A**:  Affidavit: Power of '*Attorney-in-Fact*'

12  2.**Exhibit B**: UCC1 filing #2024385942-1.

13  3. **Exhibit C**:  UCC3 filing #2024425487-2.

14  4. **Exhibit D**:  GRANT DEED recorded in Official Records County of Riverside,

15  DOC #2024-0036701, APN: 270-400-037, File No.: 35198 CM, where the private

16  trust property is titled to '<u>New Beginnings Trust, dated January 1, 2024</u>"

17  5. **Exhibit E**: Affidavit and Contract and Security Agreement #RF775823194US.

18  6. **Exhibit F**: Affidavit and Contract and Security Agreement #RF775820683US.

19  7. **Exhibit G**: Affidavit and Contract and Security Agreement #RF775823163US.

20  8. **Exhibit H**: Contract and Security Agreement / Affidavit Certificate of Dishonor,

21  Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and

22  LIEN AUTHORIZATION, #RF775824075US.

23  9. **Exhibit I**: Form 3811 corresponding to Exhibit L.

24  10. **Exhibit J**: Form 3811 corresponding to Exhibit N.

25  11. **Exhibit K**: Form 3811 corresponding to Exhibit P.

26  12. **Exhibit L**: Form 3811 corresponding to Exhibit R.

27  13. **Exhibit M**: Exhibit U: INVOICE/TRUE BILL #ENHANKAIDISHONOR25.

28  14. **Exhibit N**: Copy of **fraudulent, coercive, extortionate,** OFFER titled "THREE-

Registered Mail #RF775825204US — Dated: April 24, 2025

1  DAY NOTICE TO QUITE DUE TO FORECLOSURE"

2  15. **Exhibit O:** Defendants' VERIFIED Response and Demand for Dismissal of

3  Fraudulent Unlawful Detainer AND SANCTIONS AGAINST PLAINTIFFS and

4  Demand FOR CONSIDERED AND STIPULATED JUDGEMENT, and Demand

5  FOR QUIET TITLE AND Demand for Summary Judgement in Favor of

6  Defendants, as a matter of law (received by the Court on, **April 7, 2025**, by way

7  or **Registered Mail #RF775824570US).**

8  16. **Exhibit P:** Form 3811 evidencing deliver of Exhibit O via (VERIFIED Response

9  and Demand for Dismissal of Fraudulent Unlawful Detainer AND SANCTIONS

10  AGAINST PLAINTIFFS and Demand FOR CONSIDERED AND STIPULATED

11  JUDGEMENT, and Demand FOR QUIET TITLE AND Demand for Summary

12  Judgement in Favor of Defendants, as a matter of law), via **Registered Mail**

13  **#RF775824570US.**

14  17. **Exhibit Q:** California State Bar License Verification – Tamara Lucile Wagner (Bar

15  No. 188613)

16  //

17  # P R O O F   O F   S E R V I C E

18  STATE OF CALIFORNIA        )

19                            )    ss.

20  COUNTY OF RIVERSIDE        )

21      I competent, over the age of eighteen years, and not a party to the within

22  action. My mailing address is the Walkernova Group, **care of:** 30650 Rancho

23  California Road suite #406-251, Temecula, California [92591]. **On April 24, 2025**, I

24  served the within documents:

25  1.                    NOTICE OF REMOVAL TO FEDERAL COURT.

26  2.                    Exhibits A through Q.

27  **By United States Mail.** I enclosed the documents in a sealed envelope or package

28  addressed to the persons at the addresses listed below by placing the envelope for

Registered Mail #RF775825204US — Dated: April 24, 2025

1    collection and mailing, following our ordinary business practices.  I am readily

2    familiar with this business's practice for collecting and processing correspondence

3    for mailing.  On the same day that correspondence is placed for collection and

4    mailing, it is deposited in the ordinary course of business with the United States

5    Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

6    employed in the county where the mailing occurred.  The envelope or package was

7    placed in the mail in Riverside County, California, and sent via Registered Mail

8    with a form 3811.

9    Clerk(s), Tamara L Wagner (#188613), Jason B Galkin, C Serrato, T Latham
     Kreuter,
10   C/o CLERK OF COURT
     505 South Buena Vista,
11   Corona, California [92882]
     **Registered Mail #**RF775825204US with form **3811**

12

13   Kai: Fan
     C/o KAI FAN
14   12220 Casper Court
     Rancho Cucamonga, California [91739]
15   **Registered Mail #**RF775825218US with form **3811**

16   Kai: Fan
     C/o KAI FAN
17   3426 Vineland Avenue
     Baldwin Park, California [91706]
18   **Registered Mail #**RF775825221US with form **3811**

19   Patricia Guerrero
     C/o Judicial Council of California
20   455 Gold Gate Avenue
     San Francisco, California [94102]
21   **Registered Mail #**RF775825062US with form **3811**

22   Rob Bonta
     C/o Office of the Attorney General
23   1300 "I" Street
     Sacramento, California [95814-2919]
24   **Registered Mail #**RF775825076US with form **3811**

25   Pam Bondi
     C/o U.S. Department of Justice
26   950 Pennsylvania Avenue, North West
     Washing, District of Colombia [20530]
27   **Registered Mail #**RF775825080US with form **3811**

28

NOTICE OF REMOVAL TO FEDERAL COURT

Registered Mail #RF775825204US — Dated: April 24, 2025

1      **By Electronic Service.** Based on a court order and/or an **agreement of the**

2  **parties** to accept service by electronic transmission, I caused the documents to be

3  sent to the persons at the electronic notification addresses listed below.

4              Kai: Fan
              C/o KAI FAN
5              3426 Vineland Avenue
              Baldwin Park, California [91706]
6              kevinyin520@gmail.com

7              Kai: Fan
              C/o KAI FAN
8              12220 Casper Court
              Rancho Cucamonga, California [91739]
9              kevinyin520@gmail.com

10             Patricia Guerrero
              C/o Judicial Council of California
11             455 Gold Gate Avenue
              San Francisco, California [94102]
12             judicialcouncil@jud.ca.gov

13             Rob Bonta
              C/o Office of the Attorney General
14             1300 "I" Street
              Sacramento, California [95814-2919]
15             Police-Practices@doj.ca.gov
              PIU.PIU@doj.ca.gov
16
              Pam Bondi
17             C/o U.S. Department of Justice
              950 Pennsylvania Avenue, North West
18             Washing, District of Colombia [20530]
              crm.section@usdoj.gov
19

20

21          I declare under penalty of perjury under the laws of the State of California

22  that the above is true and correct. Executed on **April 24, 2025** in Riverside County,

23  California.

                                    _____*/s/Donnabelle Mortel/*_____
24                                    Donnabelle Mortel

25

26  //

27  //

28  //

NOTICE OF REMOVAL TO FEDERAL COURT

Registered Mail #RF775825204US — Dated: April 24, 2025

1  ### NOTICE:

2  Using a notary on this document does **not** constitute any adhesion, **_nor does it alter_**

3  **_my status in any manner._** The purpose for notary is verification and identification

4  only and not for entrance into any foreign jurisdiction.

5  //

6  //

7  # ANKNOWLEDGEMENT:

8  State of California                           )

9                                                ) ss.

10 County of Riverside                           )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

11 On this 24th day of April, 2025, before me,   Joyti Patel  , a Notary Public,

12 personally appeared Corey Walker, who proved to me on the basis of satisfactory

13 evidence to be the person(s) whose name(s) is/are subscribed to the within

14 instrument and acknowledged to me that he/she/they executed the same in his/

15 her/their authorized capacity(ies), and that by his/her/their signature(s) on the

16 instrument the person(s), or the entity upon behalf of which the person(s) acted,

17 executed the instrument.

18

19 I certify under PENALTY OF PERJURY under the laws of the State of California

20 that the foregoing paragraph is true and correct.

21

22 WITNESS my hand and official seal.

23

24

25 Signature _Joyti Patel_                    (Seal)

JOYTI PATEL
Notary Public · California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

26

27

28

-Exhibit O-

Registered Mail #RF775824570US — Dated: March 25, 2025

Corey Walker
Kevin Walker
C/o 30650 Rancho California Road # 406-251
Temecula, California [92591]
non-domestic *without* the U̲nited S̲tates
Email: team@walkernovagroup.com

*Attorney(s)-In-Fact, Executor(s), and Authorized Representative(s),*
for *Real Party(ies) In Interest* and *Purported* Defendants.
LWY RIDERS LLC, ™NEW BEGINNINGS© TRUST

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# COUNTY OF RIVERSIDE

**Kai Fan, an individual,**

    *[Purported] Plaintiff,*

    *vs.*

**LWY RIDERS LLC, a corporation, NEW BEGINNINGS TRUST, a trust,**

    *Defendant(s)/Real Party(ies) in Interest*

Case No. UDCO 2500416

**DEFENDANTS' U̲NDERLINED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFFS AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS, AS A̲ M̲ATTER OF L̲AW.**

## DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFFS AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS, AS A MATTER OF LAW.

**COMES NOW,** *Purported* Defendants LWY RIDERS and NEW BEGINNINGS TRUST (hereinafter "Defendants" and/or "Purported Defendants" and/or "Real Party(ies) in Interest"), by and through their duly appointed *Attorneys-In-Fact,* Trustees, and Authorized Representatives, and ***without* waiver of any rights,**

Registered Mail #RF775824570US — Dated: March 25, 2025

1  immunities, or protections, and in accordance with the principles of equity, trust

2  law, and constitutional due process.

3  Purported Defendants are invoking their **inherent, *unalienable*,** and

4  **constitutionally *secured* and *protected* rights,** and exercising the authority granted

5  by executed '**Affidavit: Power of Attorney In Fact**' (attached hereto as Exhibit A).

6  **I.    FRAUDULENT NATURE OF ALL PLAINTIFFS' ACTIONS AND**

7  **CLAIMS**

8  1. Defendants assert and affirm that the entirety of this action by the *purported*

9     Plaintiffs is predicated entirely on **fraudulent claims.**

10  2. The Plaintiff, who **purports** to have 'standing' to bring this action, is in fact a

11     Defendant in a **pre-existing** claim and legal matter and purported **Plaintiffs are**

12     **in DEFAULT and DISHONOR.**  A copy of the 'Affidavit Certificate of Dishonor,

13     Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION' and

14     LIEN AUTHORIZATION in those matters is attached as **Exhibit H and**

15     **incorporated herein by reference.**

16  **II.                  Constitutional Basis:**

17  Defendants assert that their private rights are secured and protected under the

18  **Constitution**, **common law**, and **exclusive equity**, which govern their ability to

19  freely contract and protect their property and interests.

20  Defendants respectfully assert and affirm:

21  •  "The individual may stand upon his constitutional rights as a citizen. He is

22     entitled to carry on his **private** business in his own way. **His power to**

23     **contract is *unlimited*.** He owes no such duty [to submit his books and papers

24     for an examination] to the State, since he receives nothing therefrom, beyond

25     the protection of his life and property. His rights are such as existed by the

26     law of the land [Common Law] long antecedent to the organization of the

27     State, and can only be taken from him by due process of law, and in

28     accordance with the Constitution. Among his rights are a refusal to

Registered Mail #RF775824570US — Dated: March 25, 2025

1   incriminate himself, and the immunity of himself and his property from
2   arrest or seizure except under a warrant of the law. He owes nothing to the
3   public so long as he does not trespass upon their rights." (*Hale v. Henkel*, 201
4   U.S. 43, 47 [1905]).

5   • "The claim and exercise of a constitutional **right** **cannot** be converted into a
6   crime." — Miller v. U.S., 230 F 2d 486, 489.

7   • "Where **rights** **secured by** the Constitution are involved, **there can be no rule**
8   **making or legislation** which would abrogate them." — Miranda v. Arizona,
9   384 U.S.

10  • "There can be no sanction or penalty imposed upon one because of this
11  exercise of constitutional **rights**." — Sherar v. Cullen, 481 F. 945.

12  • "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5 U.S.
13  (1 Cranch) 137, 177 (1803).

14  • "It is not the duty of the citizen to surrender his rights, liberties, and
15  immunities under the guise of police power or any other governmental
16  power." — *Miranda v. Arizona*, 384 U.S. 436, 491 (1966).

17  • "An unconstitutional act is not law; it confers no rights; it imposes no duties;
18  affords no protection; it creates no office; it is, in legal contemplation, as
19  inoperative as though it had never been passed." — *Norton v. Shelby County*,
20  118 U.S. 425, 442 (1886).

21  • "No one is bound to obey an unconstitutional law, and no courts are bound to
22  enforce it." — *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256.*

23  • "Sovereignty itself remains with the people, by whom and for whom all
24  government exists and acts." — *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).

25  **III.**                    <u>**Supremacy Clause**</u>

26  Defendants respectfully assert and affirm that:

27  • **The Supremacy Clause** of the Constitution **of the United States** (**Article VI**,
28  **Clause 2**) **establishes** that **the Constitution**, federal laws made **pursuant to**

Registered Mail #RF775824570US — Dated: March 25, 2025

1    **it**, and treaties **made under its authority**, constitute the **"supreme Law of the**

2    **Land"**, and thus **take priority over any conflicting state laws.**    It provides

3    that state courts are bound by, and state constitutions subordinate to, the

4    supreme law.  However, federal statutes and treaties must be within the

5    parameters of the Constitution; **that is, they must be pursuant to** the federal

6    government's **enumerated powers**, and **not violate other constitutional**

7    **limits on federal power …** As a constitutional provision identifying the

8    supremacy of federal law, the Supremacy Clause assumes the underlying

9    priority of federal authority, **albeit only when that authority is expressed in**

10   **the Constitution itself**; **no matter what** the federal or state governments

11   **might wish to do**, they **must** stay within the boundaries of the **Constitution.**

12   # IV. DESCRIPTION OF AFFECTED *PRIVATE* TRUST PROPERTY

13   1. This action affects title to the private Trust property situated in the county of

14   Riverside, California, commonly described as a '12232 Brianwood Drive,

15   Riverside, California,' and described as follows: Lot 13 of Tract No. 29386-1, as

16   shown by Map ("Map") on file in Book 315, Pages 16 through 23, inclusive, of

17   Maps, in the office of the Riverside County Recorder,' hereinafter referred to as

18   the "Property" and/or "private trust property", and **all** bonds, securities,

19   Federal Reserve Notes, assets, tangible and intangible, registered and

20   unregistered, and more particularly described in the <u>Authentic</u> **UCC1 filing and**

21   **NOTICE #**2024385942-1 and **UCC3 filing and NOTICE #**2024425487-2, all Filed

22   in the Office of Secretary of State State Of Nevada. A copy of **UCC1 NOTICE**

23   **and UCC3 NOTICE** are attached hereto as **Exhibits B and C** respectively, and

24   incorporated herein by reference.

25   2. This action also affected any titles, investments, interests, principal

26   amounts, **credits**, funds, assets, bonds, Federal Reserve Notes, notes, bills

27   of exchange, entitlements, negotiable instruments, or similar collateralized,

28   hypothecated, and/or securitized items in any manner tied to Plaintiffs'

Registered Mail #RF775824570US — Dated: March 25, 2025

1    signature, promise to pay, order to pay, endorsement, credits,

2    authorization, or comparable actions (collectively referred to hereinafter as

3    "Assets").

4  III.                        **<u>STANDING</u>**

5  **Defendants** assert as **established**, **considered**, and **<u>admitted by Plaintiffs</u>** in the

6  ***unrebutted*** verified **affidavits** and contract and security agreements:

7  **1.**  Purported Defendants LWY RIDERS and NEW BEGINNINGS TRUST

8      (hereinafter "Defendants" and/or "Purported Defendants") are trustees and

9      fiduciaries of the subject property, and ' holders in due course' of all assets,

10     intangible and tangible.

11  **2.**  Defendants is/are **<u>undisputedly</u>** the **Creditor(s).**

12  **3.**  Defendants all have explicitly reserved **<u>all</u>** of their rights, also in accordance

13     with U.C.C. § 1-308, **and have waive <u>none</u>**.

14  **4.**  Defendants alone <u>undisputedly</u> have exclusive, sole, absolute, and complete

15     **'standing'.**

16  **5.**  The Plaintiff is **the <u>DEBTORS</u>** in this matter.

17  **6.**  The Plaintiff is **<u>NOT</u>** the CREDITOR, or an ASSIGNEE of the CREDITOR, in this

18     matter.

19  **7.**  The Plaintiff does **<u>NOT</u>** have power of attorney in any way.

20  **8.**  The Plaintiff does **<u>NOT</u>** have **'standing'.**

21  **9.**  **Defendants' standing** is further affirmed and evidenced by the GRANT DEED

22     recorded in Official Records County of Riverside, DOC #2024-0036701, APN:

23     270-400-037, File No.: 35198 CM, where the private trust property is titled to

24     <u>'New Beginnings Trust, dated January 1, 2024'.</u> Attached hereto as **Exhibit D**,

25     and incorporated herein by reference.

26  **10.** Accordingly, Defendants maintain **exclusive and sole standing** in relation to

27     said assets and their interests, as duly recorded and affirmed by these filing.

28  **11.** The Plaintiff in this matter does **<u>NOT</u>** have **any** valid interest or standing.

Registered Mail #RF775824570US — Dated: March 25, 2025

1   **12.** The Plaintiff in this matter does **NOT** have a valid claim to the **'Property'** (12232

2   Brianwood Drive, Riverside, California,' and described as follows: Lot 13 of

3   Tract No. 29386-1, in the City of Riverside, California, County of Riverside, on

4   file in Book 315, Pages 16 through 23 records of Riverside County, California), or

5   any of the respective Assets, registered and unregistered, tangible and

6   intangible.

7   **IV.**                    **STATEMENT OF FACTS**

8   1. Defendants are the lawful beneficiaries and equitable title holders of the subject

9   property by virtue of a recorded **GRANT DEED**, Doc. No. 2024-0036701, dated

10   February 8, 2024, vesting legal title in 'NEW BEGINNINGS TRUST'

11   1. Defendants have further secured their interest through multiple UCC-1 and

12   UCC-3 filings with the Secretary of State of Nevada, serving as public notice of

13   their **secured and equitable interest** in the property. (See Exhibits B and C)

14   2. On **August 06, 2007,** **AT 8:00AM**, a RECONVEYANCE (Doc. #2007-0505537)

15   was recorded for **APN: 270-400-037**.

16   3. On **October 24, 2018,** a **QUITCLAIM DEED** (Doc. #2018-0420743) was recorded

17   for **APN: 270-400-037**.

18   4. On **February 8, 2024,** a **GRANT DEED** (Doc. #2024-0036701, File No.: 35198 CM)

19   was recorded in the **Official Records of Riverside County** for **APN:**

20   **270-400-037**. (See Exhibit D.)

21   5. On **February 13, 2024,** a **UCC-1 Financing Statement** and **Notice #2024385942-1**

22   were properly filed. (See Exhibit B.)

23   6. On **August 21, 2024,** a **UCC-3 Amendment** and **Notice #2024425487-2** were

24   properly filed. (See Exhibit C.)

25   7. On **March 12, 2025,** a fraudulent **'TRUSTEE'S DEED UPON SALE'** (Doc.

26   #2025-0072306) was recorded. This deed is **void** *ab initio*, as the individual

27   executing the **purported** transfer or sale **lacked lawful title and legal authority**

28   to do so.

DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND DEMAND FOR CONSIDERED AND STIPULATED JUDGMENT AND VERDICT FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS, AS A MATTER OF LAW

8. **No transfer or assignment of title** has occurred since the recording of **GRANT DEED #2024-0036701 on February 8, 2024**.

9. Any **deed** — including, but not limited to, a **'TRUSTEE'S DEED UPON SALE' (Doc. #2025-0072306)** — presently in the **Plaintiff's possession** constitutes a **product of fraud** and is therefore **null and void ab initio**, having absolutely no legal force or effect.

10. The private trust property remains trust property and is the property of an irrevocable, non-statutory trust.

13. Defendants are **undisputedly** the *Real Party(ies) in Interest*, **Creditor(s)**, and Holder(s) in Due Course, in accordance with § 3-302 of the U.C.C. (Uniform Commercial Code), of all assets, registered and unregistered, tangible and intangible, and hold *allodial* title to all assets. This is further evidenced by the following UCC filings, all duly filed in the Office of the Secretary of State, State of Nevada: **UCC1 filing and NOTICE #**2024385942-1 and **UCC3 filing and NOTICE #**2024425487-2 **(Exhibits B and C)**.

14. Each Affidavit and Contract and Security Agreement was delivered via Registered Mail, with **Form 3811** signed as confirmation of receipt by the Plaintiff.

15. The Plaintiff has admitted to all facts stated herein through **silent acquiescence, tacit agreement, and tacit procuration**, as evidenced by the Affidavit and Contract and Security Agreements (Exhibits E, F, G, and H).

16. Exhibits E, F, G, and H constitute *prima facie* **evidence** of the Plaintiff's fraud, extortion, coercion, deprivation of rights under color of law, conspiracy to deprive rights under color of law, and the resulting injury, damage, and harm to the Defendants.

17. The Plaintiff remains in **dishonor and default**, as **evidenced** by the unrebutted affidavits and the binding contract and security agreements (Exhibits E, F, G, and H).

Registered Mail #RF775824570US — Dated: March 25, 2025

18. All are equal under the law; **ignorance is no excuse.** He who abandons the battlefield concedes by default, and **silence is acquiescence**.

19. As evidenced by the unrebutted affidavits, the Plaintiffs have acknowledged the facts stated herein. Consequently, all issues are deemed settled under **res judicata, stare decisis, and collateral estoppel,** and are barred from further dispute

## V.    DEFENDANTS' *EXCLUSIVE* RIGHT TO EQUITY AND TRUE OWNERSHIP OF PRIVATE TRUST PROPERTY

1. **Exclusive Right to Equity**:

   The Defendants hold the exclusive right to equity in the private trust property as the sole beneficiaries and equitable title holders. "**Equity regards the beneficiary as the true owner.**" (Jus accrescendi inter mercatores locum non habet – The right of survivorship has no place among merchants.) No party may claim a superior interest absent a lawful and valid contract knowingly, voluntarily, and intentionally entered into by the Defendants. Any adverse claim not supported by a lawful agreement is **void *ab initio.***

2. **Superior Equitable Interest**:

   It is a fundamental principle that "**Equity regards substance rather than form.**" The Defendants' equitable title remains intact despite any mere legal titleholder's claims, as the equitable owner is the true owner. No constructive or resulting trust may be imposed upon the Defendants absent an express agreement supported by full disclosure and valuable consideration. "**A trust once established is not easily overturned.**"

3. **Private Trust Property Protection**:

   The **private trust property** remains outside the reach of unauthorized claims, as the Defendants have not granted jurisdiction, standing, or authority to any third party. "**Equity will not suffer a wrong without a remedy.**" Any attempt to deprive the Defendants of their rightful ownership constitutes **fraud,**

conversion, and an unlawful taking in violation of trust law *principles*. **"What is mine cannot be taken from me without my consent."** (Quod meum est sine me auferri non potest.)

4. **Legal and Equitable Maxim of Ownership**:

Under fundamental equitable principles, **"Where the equities are equal, the first in time prevails."** The Defendants' claim predates **any** competing interest, as their rights derive from original title, not from a subsequent claim or assignment. **"The law helps those who are vigilant, not those who sleep on their rights."** (Vigilantibus non dormientibus jura subveniunt.) As first in time and right, the Defendants' ownership remains unimpeachable in equity and law.

5. **Assertion of True Ownership**:

The Defendants assert their rightful ownership of the private trust property and demand recognition of their exclusive equitable title. **"A right cannot arise from a wrong."** (Ex injuria jus non oritur.) Any conflicting claims, encumbrances, or adverse interests constitute an unjust interference with the Defendants' vested rights and must be extinguished. **"Equity looks to the intent, not the form."** (Equitas intutit, non formam.)

# VI. <u>SECURITY INTEREST SECURED AND PERFECTED THROUGH UCC FILINGS</u>

1. Defendants lawfully **secured** *and perfected* all interest, rights, and equitable title to the subject property via properly filed **UCC-1 Financing Statements**, identifying both the debtor and the secured party, which are a matter of public record.

2. The filing of the **UCC-1 Financing Statement** on **February 13, 2024** (Filing Nos. #2024385942-1), followed by the **UCC-3 Amendments and Notice** on **August 31, 2024** (Filing Nos. #2024425487-2), respectively, gave **constructive notice to all third parties**, including any putative trustees, "servicers", or investors, of the secured interest held by the Trust. **See Exhibits B and C.**

Registered Mail #RF775824570US — Dated: March 25, 2025

3. Under **UCC § 9-105, 9-308**, and **9-509**, the Plaintiffs' secured interest is considered *perfected* and **enforceable against third parties**. The public filing of said instruments evidences the Plaintiffs' lawful right to the property as **secured party creditor**.

4. As a result of the *perfected* **security interest** and the recorded chain of title via **GRANT DEED #2024-0036701**, **no trustee, lender, servicer, or third party had or has lawful or legal authority to initiate, conduct, or execute a Trustee's Sale** under any statutory or contractual provision.

5. The entity purporting to act as "trustee" in recording a **Trustee's Deed Upon Sale (Doc. #2025-0072306)** acted *without* **standing, without legal authority, and in violation of perfected, prior interests.** Said trustee's deed is therefore **void ab initio**, did/does not transfer any legal or equitable title, and is a fraudulent instrument clouding lawful title

## VII. 'TRUSTEE'S DEED OF SALE IS VOID *AB INITIO* AND WITHOUT LEGAL EFFECT

The purported **Trustee's Deed of Sale** is **void** *ab initio*, meaning it is legally null from inception and has no force or effect. A void deed *cannot* **convey title, create a legal interest, or serve as the basis for any lawful claim**. It is inherently unlawful and **carries no legal weight**.

**1. UNCONSTITUTIONAL DEPRIVATION OF PROPERTY RIGHTS**

The issuance of the Trustee's Deed of Sale constitutes an **unlawful taking** without due process, violating fundamental constitutional protections. Any action that deprives an individual of property without full and fair adjudication **is null and void from the outset.**

The **Fifth and Fourteenth Amendments** on the Constitution prohibit deprivations of life, liberty, or property without due process of law. A fraudulent, deceptive, or coercive sale process **strips the proceeding of any legal authority**, making the resulting deed inherently invalid.

Registered Mail #RF775824570US — Dated: March 25, 2025

**2. *PURPORTED* TRUSTEE LACKED AUTHORITY TO TRANSFER TITLE**

A **trustee can only transfer what they lawfully possess**. If the underlying claim was tainted by fraud, coercion, or misrepresentation, the trustee **had no lawful authority to sell the property or issue a deed**.

A void act **has no effect**, and no rights can be transferred through an invalid process. As a result, the Trustee's Deed is a **nullity with no legal standing**.

**3. NO LEGAL OR EQUITABLE INTEREST CREATED**

Because the Trustee's Deed of Sale is *void ab initio*, it **does not convey any valid legal or equitable interest in the property**. No party—whether an alleged buyer, assignee, or subsequent claimant—can lawfully derive rights from a void instrument.

Courts have long recognized that **a deed issued under fraudulent, unlawful, or constitutionally defective circumstances is worthless** and *cannot* serve as the basis for any claim to title or possession.

## VIII.      DEMAND FOR DECLARATORY RELIEF – QUIET TITLE

Given the foregoing, the Court must:

**1.  Declare the Trustee's Deed of Sale null and void** as it is legally defective.

**2.  Remove and strike any record of the deed from county land records.**

**3.  Restore title to its rightful status, free of any unlawful encumbrances.**

Any continued reliance on the void deed constitutes **fraud, slander of title, and unlawful conversion**, subjecting the parties involved to **civil and criminal liability**.

## IX.  Plaintiff's *Presumption* of Dishonor under U.C.C. § 3-505 and *Evidence* Proving Defendant's Dishonor

1. The failure of Plaintiff to rebut or provide any valid evidence of their performance is further confirmed by the, 'AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION"/Self-Executing Contract Security Agreement (See Exhibit

Registered Mail #RF775824570US — Dated: March 25, 2025

1    H), which is **duly notarized** and complies with the requirements of U.C.C. §

2    3-505.

3    2.  Under U.C.C. § 3-505, a document regular in form, such as the notarized

4        Affidavit Certificate serves as evidence of dishonor and creates a **presumption**

5        of dishonor.

6        **U.C.C. § 3-505. *Evidence* of Dishonor:**

7        (a) The following are admissible as evidence and create a presumption of

8        dishonor and of any notice of dishonor stated:

9        (1) A document regular in form as provided in subsection (b) which purports

10       to be a protest;

11       (2) A purported stamp or writing of the drawee, payor bank, or presenting

12       bank on or accompanying the instrument stating that acceptance or payment

13       has been refused unless reasons for the refusal are stated and the reasons are

14       not consistent with dishonor;

15       (3) A book or record of the drawee, payor bank, or collecting bank, kept in the

16       usual course of business which shows dishonor, even if there is no evidence

17       of who made the entry.

18       (b) **A protest is a certificate of dishonor made by a** United States consul or

19       vice consul, or **a notary public** or other person authorized to administer

20       oaths by the law of the place where dishonor occurs. It may be made upon

21       information satisfactory to that person. The protest must identify the

22       instrument and certify either that presentment has been made or, if not made,

23       the reason why it was not made, and that the instrument has been

24       dishonored by nonacceptance or nonpayment. The protest may also certify

25       that notice of dishonor has been given to some or all parties.

26    3.  The **notarized** 'AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT,

27        JUDGEMENT, and LIEN AUTHORIZATION"/Self-Executing Contract Security Agreement

28        (Exhibit H), complies with these requirements and serves as a formal protest and **evidence of**

Registered Mail #RF775824570US — Dated: March 25, 2025

1    dishonor under **U.C.C. § 3-505**, as it clearly documents Plaintiff's refusal to respond or provide

2    the necessary rebuttal to Defendants' <u>**verified**</u> claims.

3    4. Plaintiff **has <u>not</u>** submitted any evidence to contradict or rebut the statements

4    made in the **affidavits.** As a result, the facts set forth in the affidavits are deemed

5    true and uncontested. *Additionally*, the **California Evidence Code § 664** and

6    related case law support the ***presumption*** that official duties have been regularly

7    performed, and ***unrebutted*** affidavits stand as **Truth**.

8    5. Plaintiff may <u>**not**</u> argue, controvert, or otherwise protest the finality of the

9    **administrative findings** established through the *unrebutted* affidavits. As

10   per established legal **principles,** once an **affidavit** is submitted and not

11   rebutted, **its content is accepted as true**, and <span style="color:red">Plaintiff is barred</span> from

12   contesting these findings in subsequent processes, **whether administrative**

13   **or judicial.**

14   **VIII.      <u>UNREBUTTED AFFIDAVITS, STIPULATED FACTS,</u>**

15   **<u>CONTRACT SECURITY AGREEMENT, AND AUTHORIZED</u>**

16   **<u>JUDGEMENT AND LIEN</u>**

17   1. The Plaintiff and Defendants are parties to certain Contract and Security

18   Agreements, specifically contract security agreement numbers RF775823194US,

19   RF775823194US, RF775823194US, **and** RF775823194US. Each contract security

20   agreement and/or self-executing contract security agreement was received,

21   considered, and agreed to by Plaintiffs through silent acquiescence, tacit

22   agreement, and tacit procuration. Each contract also includes a corresponding

23   Form 3811, which was signed as evidence of receipt. — **AN UNREBUTTED**

24   **AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb.

25   6:13-15;). 'He who does not deny, admits. **AN UNREBUTTED AFFIDAVIT**

26   **BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). 'There is

27   nothing left to resolve.' All referenced contracts and signed Forms 3811 are

28   attached hereto as **Exhibits E, F, G, H, I, J, K, and L** respectively, as follows:

Registered Mail #RF775824570US — Dated: March 25, 2025

- **Exhibit E**: Affidavit and Contract and Security Agreement #RF775823194US.
- **Exhibit F**: Affidavit and Contract and Security Agreement #RF775821009US.
- **Exhibit G**: Affidavit and Contract and Security Agreement #RF775824067US.
- **Exhibit H**: Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION, #RF775824075US.
- **Exhibit I**: Form 3811 corresponding to Exhibit E.
- **Exhibit J**: Form 3811 corresponding to Exhibit F.
- **Exhibit K**: Form 3811 corresponding to Exhibit G.
- **Exhibit L**: Form 3811 corresponding to Exhibit H.

2. **All contract agreements were** executed and agreed to by the Plaintiff, acknowledging and accepting a Judgement, Summary Judgement, and/or Lien Authorization (in accordance with U.C.C. § 9-509), against Plaintiffs in the amount of **One Hundred Million Dollars ($100,000,000.00)**, in favor of Defendants.

3. The Plaintiff(s) received, considered, and agreed to all the terms of all contract agreements, constituting a bona fide contract under the principles of contract law and the Uniform Commercial Code (U.C.C.). Pursuant to the mailbox rule, which establishes that acceptance of an offer is effective when dispatched (U.C.C. § 2-206), and principles of silent acquiescence, tacit procuration, and tacit agreement, the acceptance is valid. This acceptance is in alignment with the doctrine of 'offer and acceptance' and the provisions of U.C.C. § 2-202, which governs the final expression of the contract, and U.C.C. § 2-302, which addresses unconscionability in the contract terms. Furthermore, under the U.C.C., all assets — whether

Registered Mail #RF775824570US — Dated: March 25, 2025

1   registered or unregistered—are held subject to the allodial title, with

2   Defendants maintaining sole and exclusive standing over all real property,

3   assets, securities, both tangible and intangible, registered and unregistered,

4   **as evidenced** by **UCC1 filing and NOTICE #**2024385942-1 and **UCC3**

5   **filing and NOTICE #**2024425487-2 (Exhibits B and C)**.**

6   **IX.** **VALIDATION OF BINDING SELF-EXECUTING CONTRACTS**

7   **AND SECURITY AGREEMENTS UNDER U.C.C. PRINCIPLES**

8   1.  **U.C.C. § 2-204 – Formation of Contract**: As further supported by U.C.C. § 2-204,

9   a contract can be formed even if the exact terms are not yet agreed upon,

10   provided that there is an intention to form a contract and an agreement on

11   essential terms. This principle affirms that the actions of the parties and the

12   language in the *unrebutted* affidavits constitute an agreement to the terms at

13   hand, making arbitration unnecessary.

14   2.  **U.C.C. § 2-206 – Offer and Acceptance**: Additionally, U.C.C. § 2-206

15   confirms that an offeror is bound by the terms once an offer is accepted,

16   unless the offer states otherwise. The verified affidavits submitted are

17   evidence that the parties have mutually agreed to the terms, thereby

18   forming a contract under the principles of offer and acceptance outlined in

19   U.C.C. § 2-206.

20   3.  **U.C.C. § 1-103 – Enforcement of Contract and Fraud**: Under U.C.C. § 1-103, the

21   Uniform Commercial Code applies to contracts unless explicitly stated

22   otherwise. This section provides that fraud, duress, or any unlawful condition

23   does **not** negate the binding nature of the contract. Therefore, the contracts in

24   question are enforceable as written, free from fraud or misrepresentation, and

25   valid under commercial law principles.

26   4.  As considered, agreed, and stipulated by the Plaintiff in the *unrebutted*

27   verified commercial affidavits, and self-executing contract and security

28   agreement (Exhibits E, F, G, and H), the Plaintiff(s) may **not** argue,

Registered Mail #RF775824570US — Dated: March 25, 2025

1  controvert, or otherwise protest the finality of the administrative findings
2  established through the **unrebutted verified commercial affidavits**. As per
3  established legal principles and **legal maxims**, once an affidavit is
4  submitted and not rebutted, its content is accepted as true, and Plaintiffs
5  are **estopped and barred** from contesting these findings in subsequent
6  processes, **whether administrative or judicial**.

7  5.  As considered, agreed, and stipulated by the Plaintiff in the _unrebutted_ verified
8  commercial affidavits, and self-executing contract and security agreement
9  (Exhibits E, F, G, and H), the Plaintiff or the entity they represent **is/are the**
10  **DEBTOR(S)** in this matter.

11  6.  As considered, agreed, and stipulated by the Plaintiff in the _unrebutted_ verified
12  commercial affidavits and self-executing contract and security agreement
13  (Exhibits E, F, G, and H), the Plaintiff is **not** the CREDITOR, or an ASSIGNEE of
14  the CREDITOR, in this matter.

15  7.  As considered, agreed, and stipulated by the Plaintiff in the _unrebutted_ verified
16  commercial affidavits, and self-executing contract and security agreement
17  (Exhibits E, F, G, and H), the Plaintiff is indebted to Defendants in the amount of
18  **One Hundred Million Dollars ($100,000,000.00)**.

19  8.  As considered, agreed, and stipulated by Plaintiff in the _unrebutted_ verified
20  commercial affidavits, and self-executing contract and security agreement
21  (Exhibits E, F, G, and H), **Plaintiffs do NOT have 'standing.'**

22  9.  As considered, agreed, and stipulated by the Plaintiff in the _unrebutted_
23  verified commercial affidavits, and self-executing contract and security
24  agreement (Exhibits E, F, G, and H), under **California Code of Civil**
25  **Procedure § 437c(c),** summary judgement is appropriate when there is no
26  triable issue of material fact and the moving party is entitled to judgement
27  as **a matter of law**. The _**unrebutted**_ **affidavits** submitted by Defendants
28  demonstrate that no triable issues of material fact remain in dispute, and

Registered Mail #RF775824570US — Dated: March 25, 2025

1  Defendants are entitled to judgement based on the evidence presented and
2  as **a matter of law**.

3  10. As considered, agreed, and stipulated by Plaintiff in the _unrebutted_
4  verified commercial affidavits, and self-executing contract and security
5  agreement (Exhibits E, F, G, and H), "Statements of **fact** contained in
6  affidavits which are **not** rebutted by the opposing party's **affidavit or**
7  **pleadings may** be accepted as **true** by the trial court." --Winsett v.
8  Donaldson, 244 N.W.2d 355 (Mich. 1976).

9  11. As considered, agreed, and stipulated by Plaintiff in the _unrebutted_ verified
10  commercial affidavits, and self-executing contract and security agreement
11  (Exhibits E, F, G, and H), the principles of **res judicata, stare decisis**, and
12  **collateral estoppel** apply to the **unrebutted affidavits**, establishing that all
13  issues are deemed settled and **cannot be contested further.** These principles
14  reinforce the finality of the administrative findings and support the granting of
15  summary judgement, in favor of Defendants, as **a matter of law.** - '**HE WHO**
16  **LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.'**

17  **X.     Legal Basis for Proof of Delivery via Registered Mail**

18  Under well-established legal precedent, documents sent via **Registered Mail**
19  **with return receipt requested (Form 3811)** are presumed **delivered upon**
20  **mailing,** providing strong evidentiary proof of service. Courts have
21  consistently upheld this principle, reinforcing the **Mailbox Rule**, which states
22  that a properly mailed document is presumed received by the addressee
23  unless convincingly rebutted.

24  **Key Legal Precedents Supporting Proof of Delivery**

25  1.  **U.S. v. Bowen, 414 F.2d 1268 (3rd Cir. 1969)** – The court held that when
26  **Registered Mail is sent with return receipt requested** and the receipt is signed,
27  it constitutes **prima facie evidence of delivery**, meaning the burden shifts to the
28  recipient to prove non-receipt.

2. **Hagner v. United States, 285 U.S. 427 (1932)** – The Supreme Court ruled that mailing a document via **Registered Mail creates a strong presumption of receipt** by the intended party, further solidifying the evidentiary weight of proper mailing.

3. **NLRB v. Local Union No. 103, 434 U.S. 335 (1978)** – The Court established that a **return receipt provides sufficient proof of service** unless rebutted with clear and convincing evidence to the contrary.

4. **Federal Rules of Evidence (FRE) Rule 301** – Under this rule, a presumption exists that a properly mailed document is **received by the intended recipient**, shifting the burden of proof to the recipient to disprove delivery.

5. **39 U.S.C. § 3009** – Governs the legality and evidentiary weight of **Registered Mail**, affirming that mailing with proof of delivery (e.g., Form 3811) is **legally sufficient evidence of receipt**.

6. **26 U.S.C. § 7502** – This statute explicitly states that the **date of mailing is deemed the date of filing or receipt** when Registered Mail is used, providing strong evidentiary support for the **timely delivery and legal effect** of mailed documents.

## Application of the Mailbox Rule

The **Mailbox Rule** dictates that once a document is properly addressed, stamped, and deposited with the postal service, **it is presumed delivered and received by the addressee**. Courts have repeatedly upheld this principle, ensuring that a party cannot **simply deny receipt** to evade legal responsibility. When **Registered Mail with return receipt requested** is used, the proof of mailing is further **reinforced by the signed receipt**, making rebuttal even more difficult

## Legal Presumption of Delivery and Evidentiary Weight

Based on established case law and statutory authority, **Registered Mail with return receipt requested (Form 3811)** serves as **prima facie evidence of delivery** and

Registered Mail #RF775824570US — Dated: March 25, 2025

1  creates a strong presumption of receipt by the intended party. Under **U.S. v.**
2  **Bowen, Hagner v. United States, and NLRB v. Local Union No. 103**, this
3  presumption stands unless rebutted by clear and convincing evidence.
4  Furthermore, **26 U.S.C. § 7502** affirms that the date of mailing via **Registered Mail**
5  is deemed the date of filing or receipt, solidifying its evidentiary value. **Federal**
6  **Rules of Evidence Rule 301** shifts the burden to the recipient to prove non-receipt,
7  while **39 U.S.C. § 3009** reinforces the legal sufficiency of proof of delivery through
8  postal records.
9  Accordingly, any challenge to the delivery or receipt of documents sent via
10 **Registered Mail with return receipt** must meet a high evidentiary threshold,
11 ensuring that mailed documents are legally recognized as served and received.
12 **Judgement of $100,000,000.00 *Considered*, AGREED TO and Authorized BY**
13 **PLAINTIFFS.**
14 1.  As **considered**, agreed, and stipulated by Plaintiff in the *unrebutted* verified commercial
15     affidavits, and self-executing contract and security agreement (Exhibits E, F, G, and H),
16     Plaintiff **fully authorizes, endorses, supports,** and advocates for the entry of a UCC
17     commercial judgement and lien in the amount of One Hundred Million and 00/100
18     Dollars ($100,000,000.00) **against Plaintiff, in favor of Defendants**, as also evidenced
19     by INVOICE/TRUE BILL #ENHANKAIDISHONOR25 which is a part of **Exhibit H.**
20     INVOICE/TRUE BILL #ENHANKAIDISHONOR25 is attached hereto as **Exhibit M**
21     and incorporated herein by reference.
22 2.  As **considered**, agreed, and stipulated by Plaintiff in the *unrebutted* verified
23     commercial affidavits, and self-executing contract and security agreement
24     (Exhibits E, F, G, and H), should it be **deemed** necessary, the Defendants are
25     **fully Authorized** to initiate the filing of a lien, and the seizing of property to
26     secure satisfaction of the **ADJUDGED, DECREED, AND AUTHORIZED** sum
27     total due to **Affiant**, and/or Defendants of, One Hundred Million and 00/100
28     Dollars ($100,000,000.00).

DEFENDANTS' VERIFIED RESPONSE AND [ ] FOR DISMISSAL OF [ ] THE [ ] DEFENSE AND SANCTIONS AGAINST PLAINTIFFS AND [ ] FOR CONSIDERED AND STIPULATED [ ] AND [ ] FOR QUIET TITLE AND [ ] FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS, AS A MATTER OF LAW

3.  Plaintiff has **not** submitted any **evidence** to contradict or rebut the statements made in the affidavits. As a result, the facts set forth in the affidavits are deemed true and uncontested. Even then non-applicable California Evidence Code § 664 and related case law support the presumption that official duties have been regularly performed, and unrebutted affidavits stand as Truth.

4.  Plaintiff may not argue, controvert, or otherwise protest the finality of the administrative findings established through the unrebutted affidavits. As per established legal principles, once an affidavit is submitted and not rebutted, its content is accepted as true, and Defendants are barred from contesting these findings in subsequent processes, whether administrative or judicial.

5.  **All are equal under the law** (Aequitas est quasi aequalitas), and **ignorance of the law is no excuse** (Ignorantia juris non excusat).

## XI.    Foundational 'Case Law' on Standing, Mortgage Fraud, Foreclosure, Corporate Overreach

Defendants referenced the following 'case law' summary highlights key legal principles on jurisdiction, standing, and procedural requirements in financial and mortgage-related cases. Courts consistently **void judgments rendered** *without* **proper jurisdiction** and emphasize the need for a party to demonstrate legal **standing**. Fraudulent lending practices, including violations of **federal regulations,** have led to dismissals with prejudice. Corporate overreach by banks is curtailed through rulings that prohibit lending credit and ultra vires contracts. Evidentiary standards stress the **sufficiency of affidavits** and the **duty** of full and complete disclosure of information to prevent fraud. Contract **principles** underscore the nullification of agreements lacking proper consideration,.

## A. Jurisdiction and Standing in Court

Courts have consistently held that judgments rendered without subject matter jurisdiction are **void from inception**, and parties *must* have **standing** to invoke a

Court's jurisdiction. Notable cases emphasize that plaintiffs must demonstrate ownership of notes and mortgages at the time of filing to proceed with foreclosure actions. Failure to do so results in jurisdictional dismissal.

1. **Patton v. Diemer**, 35 Ohio St. 3d 68; 518 N.E.2d 941 (1988): "A judgment rendered by a court lacking subject matter jurisdiction is **void ab initio**. Consequently, the authority to vacate a void judgment is not derived from Ohio R. Civ. P. 60(B), but rather constitutes an inherent power possessed by Ohio courts. I see no evidence to the contrary that this would apply to ALL courts."

2. **Lebanon Correctional Institution v. Court of Common Pleas**, 35 Ohio St.2d 176 (1973): "A party lacks **standing** to invoke the jurisdiction of a court unless he has, in an individual or a representative capacity, some **real interest** in the subject matter of the action."

3. **Wells Fargo Bank v. Byrd**, 178 Ohio App.3d 285, 2008-Ohio-4603, 897 N.E.2d 722 (2008): "If plaintiff has offered no evidence that it owned the note and mortgage when the complaint was filed, it would not be entitled to judgment as a matter of law."

4. **Indymac Bank v. Boyd**, 880 N.Y.S.2d 224 (2009): "To establish a *prima facie* case in an action to foreclose a mortgage, the plaintiff must establish the existence of the mortgage and the mortgage note. It is the law's policy to allow only an aggrieved person to bring a lawsuit . . . A want of 'standing to sue,' in other words, is just another way of saying that this particular plaintiff is not involved in a genuine controversy, and a simple syllogism takes us from there to a 'jurisdictional' dismissal."

5. **Indymac Bank v. Bethley**, 880 N.Y.S.2d 873 (2009): "The Court is concerned that there may be fraud on the part of plaintiff or at least malfeasance. Plaintiff INDYMAC (Deutsche) must have '**standing**' to bring this action."

**B. Fraud and Misrepresentation in Mortgage Cases**

Several cases illustrate fraudulent practices by lenders, including violations of the Federal Truth in Lending Act and withholding vital loan information. Courts have dismissed cases with prejudice where fraud on the court was evident.

1. **Wells Fargo, Litton Loan v. Farmer**, 867 N.Y.S.2d 21 (2008): "Wells Fargo does not own the mortgage loan… Therefore, the matter is dismissed with prejudice."

2. **Wells Fargo v. Reyes**, 867 N.Y.S.2d 21 (2008): "Dismissed with prejudice, Fraud on Court & Sanctions. Wells Fargo never owned the Mortgage."

3. **Deutsche Bank v. Peabody**, 866 N.Y.S.2d 91 (2008): "EquiFirst, when making the loan, violated Regulation Z of the Federal Truth in Lending Act 15 USC §1601 and the Fair Debt Collections Practices Act 15 USC §1692; 'intentionally created fraud in the factum' and withheld from plaintiff 'vital information concerning said debt and all of the matrix involved in making the loan.'"

## C. Corporate and Banking Overreach

Decisions highlight that banks **cannot** lend their credit or guarantee debts, as these actions are ultra vires and not legally binding. These rulings reinforce the limitations on corporate and banking activities.

1. **Zinc Carbonate Co. v. First National Bank**, 103 Wis. 125, 79 NW 229 (1899): "The doctrine of ultra vires is a most powerful weapon to private corporations within their legitimate spheres and punish them for violations of their corporate charters, and it probably is not invoked too often."

2. **Howard & Foster Co. vs. Citizens National Bank**, 133 S.C. 202, 130 S.E. 758 (1926): "It has been settled beyond controversy that a national bank, under Federal law, being limited in its power and capacity, cannot lend its credit by nor guarantee the debt of another. All such contracts being entered into by its officers are ultra vires and not binding upon the corporation."

3. **American Express Co. v. Citizens State Bank**, 181 Wis. 172, 194 NW 427 (1923): "Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit."

Registered Mail #RF775824570US — Dated: March 25, 2025

## D. Procedural Requirements and Evidentiary Standards

The requirement for real party-in-interest prosecution is emphasized, along with rulings that affidavits alone can establish a prima facie case. Courts have ruled that silence in the face of a legal duty to respond can constitute fraud.

1. **Federal Rule of Civil Procedure 17(a)(1)**: "[A]n action must be prosecuted in the name of the real party in interest."

2. **In re Jacobson**, 402 B.R. 359, 365-66 (Bankr. W.D. Wash. 2009): Emphasizes that actions must be filed by the real party in interest.

3. **United States v. Kis**, 658 F.2d 526 (7th Cir. 1981): "Indeed, no more than (affidavits) is necessary to make the prima facie case." Cert. denied, S. Ct. (1982).

4. **U.S. v. Tweel**, 550 F.2d 297 (1977): "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."

## E. Contract and Consideration Principles

If any part of a contract's consideration is illegal, the entire promise becomes void. Courts have also recognized the right to rescind contracts induced by false representations, even if made innocently.

- **Menominee River Co. v. Augustus Spies L & C Co.**, 147 Wis. 559 at p. 572; 132 NW 1118 (1912): "If any part of the consideration for a promise be illegal, or if there are several considerations for an un-severable promise one of which is illegal, the promise, whether written or oral, is wholly void, as it is impossible to say what part or which one of the considerations induced the promise."

XII.    SANCTIONS AGAINST ALL PLAINTIFFS FOR WILLFUL AND INTENTIONAL FRAUDULENT ACTIONS AND VIOLATIONS OF LAW

Defendants hereby respectfully move this Court to impose **sanctions** against the Plaintiff for their willful and egregious actions in initiating and perpetuating fraudulent claims, violations of legal standards, and **bad faith** conduct, as outlined

herein. Plaintiff's actions are not only baseless but constitute an **abuse of the judicial process,** warranting severe penalties to deter future misconduct and to compensate the Defendants for damages incurred as a result of this fraudulent litigation.

1. **Willful and Intentional Bad Faith Conduct and Fraudulent Filings:** Plaintiff has **knowingly and intentionally** engaged in fraudulent conduct by pursuing claims they know to be baseless and without merit. This is evidenced by their failure to rebut the **Unrebutted Affidavits**, their presumed dishonor under **U.C.C. § 3-505**, and their lack of any standing to bring forth this action. Such actions violate the principles of equity, fair dealing, and due process, constituting grounds for sanctions.

2. **Abuse of Process:** Plaintiff's initiation of this unlawful detainer action, despite being Defendants in pre-existing legal matters directly related to the subject property, demonstrates a **clear abuse of process.** Plaintiff's failure to disclose these overlapping cases and their misrepresentation of facts to this Court exemplifies a deliberate attempt to mislead the judiciary and waste judicial resources.

3. **Failure to Act in Good Faith:** Plaintiff's silence and failure to rebut the affidavits and claims presented by the Defendants further indicate bad faith. Under **U.C.C. § 1-103**, the principles of good faith and equity are paramount. Plaintiffs' conduct demonstrates a blatant disregard for these principles, further warranting sanctions.

4. **Evidentiary Sanctions and Adverse Inference:** Plaintiff's failure to rebut the Defendants' Affidavits, Security Agreements, and Contractual Terms creates a presumption of **silent acquiescence, tacit agreement, and tacit procuration.** The Defendant demand that this Court:

   - Strike Plaintiff's pleadings for lack of standing and evidentiary support.
   - Enter a judgement of **dismissal with prejudice** of all claims brought by Plaintiffs.

Registered Mail #RF775824570US — Dated: March 25, 2025

1    • Impose an **adverse inference**, recognizing Plaintiffs' failure to rebut as an
2      admission of the Defendant's claims.
3    5. **Monetary Sanctions:** Defendant seeks monetary sanctions in the form of:
4    • Reimbursement for all legal fees, court costs, and damages incurred by the
5      Defendant in responding to this fraudulent action.
6    • Penalties for frivolous litigation, calculated at no less than Five Hundred
7      Thousand Dollars (**$500,000.00**), as stipulated in the **Self-Executing**
8      **Contract Security Agreements (Exhibits E, F, G, and H)**. Plaintiffs'
9      acceptance of these agreements, through tacit acquiescence and silent
10     agreement, binds them to this liability.
11   6. **Deterrence of Future Misconduct:** The imposition of sanctions is necessary to
12     deter Plaintiff and others from engaging in similar conduct in the future.
13     Fraudulent misuse of the courts to perpetrate unlawful claims undermines the
14     integrity of the judicial system and must be met with severe consequences.

15   XIII.    **SUMMARY JUDGEMENT AGAINST PLAINTIFF, AS A**
16                         **MATTER OF LAW**

17   1. Defendants respectfully DEMAND summary judgement in their favor based on
18     the clear, enforceable terms of the Contract and Security Agreement, and as a
19     matter of law. Pursuant to the Contract and Security Agreement, Defendants
20     explicitly stipulated and accepted, by their conduct and inaction, a binding
21     judgement, summary judgement, and/or lien authorization (per **U.C.C. § 9-509**)
22     in favor of Defendants. The contracts establish Plaintiff's liability in the agreed-
23     upon amount of **One Hundred Million and 00/100 U.S. Dollars**
24     (**$100,000,000.00**), which the Plaintiff acknowledged and accepted through the
25     principles of tacit procuration and silent acquiescence, thereby waiving any
26     grounds to contest this judgement.
27   2. Plaintiff considered and agreed to all of the terms stipulated in the unrebutted
28     commercial affidavits and the self-executing Contract and Security Agreements,

1    all of which were confirmed, signed for via USPS form 3811, and delivered via

2    USPS **Registered, Express, and/or Certified Mai**l.

3    3.   Given that the affidavits presented are unrebutted and establish the facts

4    essential to Defendants' claims, summary judgement in favor of Defendants is

5    warranted, and ***must* be granted**. Plaintiffs' failure to contest or rebut these

6    affidavits supports the conclusion that there are no genuine issues of material

7    fact, and Defendants are entitled to judgement as *a matter of law*.

8    4.   Defendants respectfully DEMAND the Court grant summary judgement in

9    their favor based on the undisputed facts presented in the multiple unrebutted

10    verified commercial affidavits and/or contract and security agreements

11    submitted and incorporated into this matter. Plaintiffs have failed to rebut the

12    content of these affidavits, which conclusively establish the validity of

13    Defendants' claims.

14    5.   **California Code of Civil Procedure § 437c(a)**: Summary judgement is

15    appropriate where there is no triable issue of material fact and the moving party

16    is entitled to judgement as a matter of law. The ***multiple*** unrebutted affidavits

17    submitted by Defendants establish that there are no material facts in dispute,

18    and Defendants are entitled to judgement based on the evidence provided, as a

19    matter of law.

20    6.   ***Res Judicata, Stare Decisis,* and Collateral Estoppel**: The principles of res

21    judicata, stare decisis, and collateral estoppel apply to the unrebutted affidavits,

22    establishing that all issues are deemed settled and cannot be contested further.

23    These principles reinforce the finality of the administrative findings and support

24    the granting of summary judgement.

25    **XIV.    LEGAL *PRINCIPLES* SUPPORTING PLAINTIFFS' CLAIMS**

26    In support of this DEMAND as **a matter of law**, without hearing, Defendants

27    cite the following established legal standards, legal maxims, precedent, and

28    *principles*:

- **Unrebutted Affidavits as Judgment in Commerce:** Plaintiffs' unrebutted affidavits are binding truth under the maxim, **"An unrebutted affidavit becomes the judgment in commerce."**

- *Res Judicata, Stare Decisis,* **and Collateral Estoppel:** Defendants are ***barred*** from contesting the finality of Plaintiffs' claims under the doctrines of ***res judicata, stare decisis,*** and **collateral estoppel**, as all material facts and claims have been resolved conclusively.

- **Breach of U.C.C. Obligations and Presumed Dishonor:** Defendants' dishonor and default are evidenced by their failure to fulfill obligations defined by U.C.C. § 3-505 and other applicable statutes **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. 'No one is above the law.'

- **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.** (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** 'To lie is to go against the mind.'

- **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

- **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign — and the Sovereign tells only the truth.

- **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE. (12 Pet. 1:25; Heb. 6:13-15;).** 'He who does not deny, admits.'

- **"Statements of fact contained in affidavits which are not rebutted by the opposing party's affidavit or pleadings <u>may</u> be accepted as true by the trial court." —Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).**

- See, *Sieb's Hatcheries, Inc. v. Lindley,* 13 F.R.D. 113 (1952)., "Defendant(s) made no request for an extension of time in which to answer the request for admission of facts and filed only an unsworn response within the time

1  permitted," thus, under the specific provisions of Ark. and *Fed. R. Civ. P.* 36,

2  the facts in question were deemed admitted as true.  Failure to answer is well

3  established in the court.  *Beasley v. U. S.*, 81 F. Supp. 518 (1948)., "I, therefore,

4  hold that the requests will be considered as having been admitted." Also as

5  previously referenced, "Statements of fact contained in affidavits which are not

6  rebutted by the opposing party's affidavit or pleadings may[must] be accepted

7  as true by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich.

8  1976).

9  • 'The state **cannot** diminish **Rights** of the **people.**" — Hurtado vs. California,

10  110 US 516.

11  • "Public officials are not immune from suit when they transcend their lawful

12  authority by invading constitutional **rights**." — AFLCIO v. Woodward, 406 F2d

13  137 t.

14  • "Immunity **fosters neglect and breeds irresponsibility** while liability

15  promotes care and caution, which caution and care is owed by the government

16  to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269

17  N.S. 1, 13, 152 SE 1 d 485, 493.

18  • "When enforcing mere statutes, judges of all courts do not act judicially (and

19  thus are not protected by "qualified" or "limited immunity," - SEE: Owen v.

20  City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an

21  extension as an agent for the involved agency -- but only in a "ministerial" and

22  not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v.

23  P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

24  • "Judges not only can be sued over their official acts, but could be held **liable**

25  **for injunctive and declaratory relief and attorney's fees.**" **Lezama v. Justice**

26  **Court**, A025829.

27  • "Ignorance of the law does **not** excuse misconduct in anyone, least of all in a

28  sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.

Registered Mail #RF775824570US — Dated: March 25, 2025

- **"All are presumed to know the law."** San Francisco Gas Co. v. Brickwedel (1882), 62 C. 641; Dore v. Southern Pacific Co. (1912), 163 C. 182, 124 P. 817; People v. Flanagan (1924), 65 C.A. 268, 223 P. 1014; Lincoln v. Superior Court (1928), 95 C.A. 35, 271 P. 1107; San Francisco Realty Co. v. Linnard (1929), 98 C.A. 33, 276 P. 368.
- "It is one of the fundamental maxims of the common law that **ignorance of the law excuses no one."** Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.
- "the people, not the States, are sovereign." — Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).
- **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. (**Book of Job; Mat. 10:22) -- **Legal maxim:** 'He who does not repel a wrong when he can occasions it.'
- **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). '**There is nothing left to resolve.**'

//

## XV.   NOTICE to the COURT: A DEMAND is NOT a mere MOTION

The Court is hereby respectfully placed on **legal and judicial notice** that Plaintiffs' Defendants' VERIFIED Response and Demand for Dismissal of Fraudulent Unlawful Detainer AND SANCTIONS AGAINST PLAINTIFFS and Demand FOR CONSIDERED AND STIPULATED JUDGEMENT, and Demand FOR **QUIET TITLE** AND Demand for Summary JudgEment in Favor of DefendantS, as a matter of law, is **not** a mere "motion" requesting discretionary relief but rather a **binding and enforceable legal notice** asserting an **absolute right** to immediate injunctive relief as **a matter of law**.

//

## XVI.        A MOTION is a Request; A DEMAND Asserts a Right

The Court must acknowledge and act upon the **fundamental and critical distinction** between a motion and a demand:

Registered Mail #RF775824570US — Dated: March 25, 2025

1. **A motion seeks the Court's discretion** to grant relief.
2. **A demand asserts an absolute right** under statutory and constitutional law, compelling the Court to act accordingly.

## CLAIM AND REQUEST AND DEMAND FOR RELIEF:

1. **Dismissal *With Prejudice*** – Dismiss Plaintiff's lawsuit with prejudice due to its fraudulent, frivolous, and meritless nature in its entirety.

2. **Quiet Title** & **Declaratory Judgment** – Enter judgment **quieting title** in favor of Defendants, affirming that the private trust property is **free and clear of any adverse claims** by Plaintiff. Declare that Plaintiff's **fraudulent "Trustee's Deed Upon Sale"** is **null and void ab initio** and order it **stricken from the county records**.

3. **Permanent Injunction** – **Enjoin Plaintiff** from initiating or participating in any further fraudulent or unlawful claims against Defendants' property.

4. **Monetary Judgment** –

   a. Award **compensatory damages** in the sum of **One Hundred Million and 00/100 U.S. Dollars ($100,000,000.00 USD)**, as **considered and stipulated** in the Self-Executing and Binding Contract and Security Agreements (Exhibits E, F, G, and H).

   b. Award punitive damages based on Plaintiff's intentional, willful, and malicious actions, including:

   - **Fraudulent misrepresentation & false claims** regarding ownership and authority in foreclosure proceedings.
   - **Extortion & fraud** under 18 U.S.C. §§ 878, 880, 1344.
   - **Racketeering activities** in violation of 18 U.S.C. § 1961 et seq.
   - **Unlawful restraint of trade** in violation of antitrust laws.
   - **Unauthorized use of Defendants' identity & personal information**.
   - **Slander of title** and **filing of false instruments** clouding Defendants' property rights.

Registered Mail #RF775824570US — Dated: March 25, 2025

1  ## 5. Restitution & Asset Recovery –

2  a. Order **restitution of all funds and assets misappropriated** by Plaintiff,

3  constituting embezzlement under applicable laws.

4  b. Declare Plaintiff's unlawful transportation and transfer of stolen property and

5  securities under 18 U.S.C. § 2314 and order their return.

6  ## 6. Legal Finality & Preclusion – Declare that all issues are conclusively settled

7  under the doctrines of **Res Judicata**, **Stare Decisis**, and **Collateral Estoppel**.

8  ## 7. Summary Judgment & Tacit Agreement –

9  a. Enter summary judgment in favor of Defendants, establishing that Plaintiff

10  has fully and undisputedly agreed to the terms stipulated in the unrebutted

11  verified commercial affidavits and Self-Executing Contract & Security

12  Agreements.

13  b. Recognize Plaintiff's silent acquiescence, tacit agreement, and tacit

14  procuration as binding under principles of contract law.

15  ## 8. Attorney's Fees & Additional Relief –

16  a. Award **reasonable attorney's fees** in the sum of **One Million Dollars**

17  **($1,000,000.00 USD)**.

18  b. Grant any **further equitable relief** deemed just and proper, including

19  compensation for **emotional distress, grief, and harm** suffered by the Trust's

20  beneficiaries, including women and children.

21  //

22  **WHEREFORE**, Defendants respectfully request and demand that this Court:

23  **6. Dismiss Plaintiff's Fraudulent Unlawful Detainer Action** with prejudice;

24  **7. Impose Sanctions Against Plaintiffs** for knowingly filing a fraudulent and

25  frivolous claim;

26  **8. Enter a Considered and Stipulated Judgment** in favor of Defendants;

27  **9. Quiet Title** in favor of Defendants, confirming their exclusive ownership, free

28  and clear of any adverse claims by Plaintiff;

Registered Mail #RF775824570US — Dated March 25, 2025

10. **Order the Immediate Removal and Expungement** of Plaintiff's **fraudulent "Trustee's Deed Upon Sale"** from county records, as it is null and **void** *ab initio*;

11. **Grant Summary Judgment** in favor of Defendants as a matter of law, ruling that all issues have been conclusively settled; and

12. **Award Defendants Any Further Relief** this Court deems just and proper.

//

## VERIFICATION:

### Pursuant to 28 U.S.C. § 1746

**BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE**

I, Corey Walker, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this 22ND day of MARCH in the year of Our Lord two thousand and twenty five, *without* the United States, **with all rights reserved and without prejudice.**

All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.

By: _Corey Darryl Walker_ _____

Corey Walker, *Attorney-In-Fact, Authorized Representative,*

//

## VERIFICATION:

### Pursuant to 28 U.S.C. § 1746

**BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE**

I, Kevin Walker, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify,**

-32 of 37-

Registered Mail #RF775824570US — Dated  March 25, 2025

1  **affirm, and state** under penalty of perjury under the laws of the **United**
2  **States of America**, that the foregoing statements are **true, correct, and**
3  **complete**, to the best of my **understanding, knowledge, and belief**, and
4  made in **good faith**.

5  Executed, signed, and sealed this 22ND day of MARCH in the year of Our
6  Lord two thousand and twenty five, *without* the United States, **with all rights**
7  **reserved and without prejudice.**

8            All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.

9
10  By: _____
           Kevin Walker, *Attorney-In-Fact, Authorized Representative*

11
12  Let this document stand as truth before the Almighty Supreme Creator and let it be
13  established before men according as the scriptures saith:  *"But if they will not listen,*
14  *take one or two others along, so that every matter may be established by the testimony of two*
15  *or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*
16  *word be established" 2 Corinthians 13:1.*
                                   *Sui juris*, By *Special Limited* Appearance,
17
18  By: _____
           Donnabelle Mortel *(WITNESS)*
19
                                   *Sui juris*, By *Special Limited* Appearance,
20
21  By: _____
           Steven MacArthur-Brooks  (WITNESS)
22
23  //
24  //
25  ///
26  //
27  //
28  //

Registered Mail #RF775824570US — Dated: March 25, 2025

# LIST OF EXHIBITS / EVIDENCE:

1. **Exhibit A:** Affidavit: Power of '*Attorney-in-Fact*'

2. **Exhibit B:** UCC1 filing #2024385942-1.

3. **Exhibit C:** UCC3 filing #2024425487-2.

4. **Exhibit D:** GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0036701, APN: 270-400-037, File No.: 35198 CM, where the private trust property is titled to 'New Beginnings Trust, dated January 1, 2024"

5. **Exhibit E:** Affidavit and Contract and Security Agreement #RF775823194US.

6. **Exhibit F:** Affidavit and Contract and Security Agreement #RF775820683US.

7. **Exhibit G:** Affidavit and Contract and Security Agreement #RF775823163US.

8. **Exhibit H:** Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION, #RF775824075US.

9. **Exhibit I:** Form 3811 corresponding to Exhibit L.

10. **Exhibit J:** Form 3811 corresponding to Exhibit N.

11. **Exhibit K:** Form 3811 corresponding to Exhibit P.

12. **Exhibit L:** Form 3811 corresponding to Exhibit R.

13. **Exhibit M:** Exhibit U: INVOICE/TRUE BILL #ENHANKAIDISHONOR25.

14. **Exhibit N:** Copy of **fraudulent, coercive, extortionate,** OFFER titled "THREE-DAY NOTICE TO QUITE DUE TO FORECLOSURE"

//
//
//
//
//
//
//
//

Registered Mail #RF775824570US — Dated: March 25, 2025

1 # PROOF OF SERVICE

2 STATE OF CALIFORNIA            )

3                                )    ss.

4 COUNTY OF RIVERSIDE            )

5      I competent, over the age of eighteen years, and not a party to the within

6 action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho

7 California Road suite #406-251, Temecula, California [92591]. **On April 3, 2025**, I

8 served the within documents:

9 1.     DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT

10       UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFFS AND DEMAND FOR

11       CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND

12       DEMAND FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS, AS A MATTER OF LAW.

13 2.                          Exhibits A through N

14 **By United States Mail.** I enclosed the documents in a sealed envelope or package

15 addressed to the persons at the addresses listed below by placing the envelope for

16 collection and mailing, following our ordinary business practices.  I am readily

17 familiar with this business's practice for collecting and processing correspondence

18 for mailing.  On the same day that correspondence is placed for collection and

19 mailing, it is deposited in the ordinary course of business with the United States

20 Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

21 employed in the county where the mailing occurred.  The envelope or package was

22 placed in the mail in Riverside County, California, and sent via Registered Mail

23 with a form 3811.

24          Clerk(s), Agent(s)
         C/o CLERK OF COURT
25         505 South Buena Vista,
         Corona, California [92882]
26         **Registered Mail #RF775824570US** with form 3811

27         Kai: Fan
         C/o KAI FAN
28         12220 Casper Court

-35 of 37-

DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFFS AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS, AS A MATTER OF LAW

Registered Mail #RF775824570US — Dated: March 25, 2025

1

Rancho Cucamonga, California [91739]
**Registered Mail #RF775824583US** with form **3811**

2

Enhan: Cao and Kai: Fan
C/o ENHAN CAO, HAN LAW P.C., FAI KAN
20781 Amar Road Suite #3
Walnut, California [91789]

3

4

**Registered Mail #RF775824040US** with form **3811**

5

Kai: Fan
C/o KAI FAN
3426 Vineland Avenue
Baldwin Park, California [91706]

6

7

**Registered Mail #RF775824606US** with form **3811**

8

9

**By Electronic Service.** Based on a court order and/or an **agreement of the parties** to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

10

11

12

Kai: Fan
C/o KAI FAN
3426 Vineland Avenue
Baldwin Park, California [91706]
kevinyin520@gmail.com

13

14

15

Kai: Fan
C/o KAI FAN
12220 Casper Court
Rancho Cucamonga, California [91739]
kevinyin520@gmail.com

16

17

18

Enhan: Cao and Kai: Fan
C/o ENHAN CAO, HAN LAW P.C., FAI KAN
20781 Amar Road Suite #3
Walnut, California [91789]
enhancaolaw@gmail.com

19

20

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **April 3, 2025** in Riverside County, California.

21

22

23

_____/s/Donnabelle Mortel/_____
Donnabelle Mortel

24

25

**NOTICE:**

26

Using a notary on this document does **not** constitute any adhesion, **nor does it alter**

27

**my status in any manner.** The purpose for notary is verification and identification

28

only and not for entrance into any foreign jurisdiction.

-36 of 37-

Registered Mail #RF775824570US — Dated: March 25, 2025

# ANKNOWLEDGEMENT:

State of California                    )

                                      ) ss.

County of Riverside                    )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On this 22nd day of March, 2025, before me,   Natalie Romero , a Notary Public, personally appeared Corey Walker, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.


I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


Signature _____ (Seal)

> **NATALIE ROMERO**
> COMM. #2513669
> Notary Public - California
> Riverside County
> My Comm. Expires Mar. 6, 2029

-37 of 37-

-Exhibit P-



**SENDER: COMPLETE THIS SECTION**

- Complete items **1, 2,** and **3.**
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk(s), Agent(s)
C/o CLERK OF COURT
505 South Buena Vista
Corona, California [92882]

9590 9402 9404 5002 2700 58

2. Article Number *(Transfer from service label)*
RF 775 824 570 US

PS Form **3811,** July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      ☑ Agent
                                       ☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
                                       4/7/28

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## RF775824570US

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:40 am on April 7, 2025 in CORONA, CA 92882.

### Delivered
**Delivered, Left with Individual**
CORONA, CA 92882
April 7, 2025, 9:40 am

**Redelivery Scheduled for Next Business Day**
CORONA, CA 92882
April 5, 2025, 9:30 am

**Out for Delivery**
CORONA, CA 92882
April 5, 2025, 6:10 am

**Arrived at Post Office**
CORONA, CA 92878
April 5, 2025, 5:52 am

**Processing at USPS Facility**
ANAHEIM, CA 92899
April 5, 2025, 12:41 am

**Processing at USPS Facility**
SANTA ANA, CA 92799
April 4, 2025, 2:39 am

**Processing at USPS Facility**

USPS.com® - USPS Tracking® Results

SANTA ANA, CA 92799
April 4, 2025, 1:40 am

**Processing at USPS Facility**

SAN BERNARDINO, CA 92403
April 3, 2025, 9:27 pm

**Arrived at USPS Regional Origin Facility**

SAN BERNARDINO CA DISTRIBUTION CENTER
April 3, 2025, 8:56 pm

**Processing at USPS Facility**

SAN BERNARDINO, CA 92403
April 3, 2025, 7:30 pm

**Departed Post Office**

TEMECULA, CA 92591
April 3, 2025, 5:15 pm

**USPS in possession of item**

TEMECULA, CA 92591
April 3, 2025, 4:11 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                      ⌃

Select what types of updates you'd like to receive and how. Send me a notification for:

**Text**        **Email**

☐          ☐   All Below Updates

☐          ☐   Expected Delivery Updates ⓘ

☐          ☐   Day of Delivery Updates ⓘ

☐

☐ Package Delivered ⓘ

☐    ☐ Available for Pickup ⓘ

☐    ☐ Delivery Exception Updates ⓘ

☐    ☐ Package In-Transit Updates ⓘ

## Product Information                                                        ⌃

**Postal Product:** Priority Mail®

**Features:** Registered Mail™

**See tracking for related item: 9590940294045002270058 (/go/TrackConfirmAction?tLabels=9590940294045002270058)**

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

-Exhibit Q-

 The State Bar *of California*

**Tamara Lucile Wagner #188613**
**License Status: Active**

Address: PO Box 9421, Brea, CA 92822-9421
Phone: Not Available  |  Fax: Not Available
Email: Not Available  |  Website: Not Available

## More about This Attorney ▾

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|------|------------------|--------------|--------------------------|
| Present | Active | | |
| 6/3/1997 | Admitted to the State Bar of California | | |

**Additional Information:**

- **About the disciplinary system**

Copyright © 2025 The State Bar of California

    

TEMECULA, CA 92~
APR 28, 2025

5.50

S2324H504872-29

ER 157 615 914 US

**UNITED STATES POSTAL SERVICE®**

RDC 07

**PAYMENT BY ACCOUNT (If applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.





**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | □ Military | □ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 91591 | 4-29-25 | $ 31.40 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 4-28-25 | □ 12:00 PM □ 3:00 PM | $ | $ |
| Time Accepted | □ AM □ PM | Return Receipt Fee | Live Animal Transportation Fee |
| 12:58 | | $ 4.10 | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | $ 35.50 | |
| Weight | □ Flat Rate | Acceptance Employee Initials | |
| lbs. 6.40 oz | | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | □ AM □ PM | Employee Signature |
|---|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time | □ AM □ PM | Employee Signature |

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996

**PRIORITY MAIL EXPRESS®**

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE ( )

Corey, Authorized Representative
c/o 30650 Rancho California Road
#406-251
Temecula, California [92591]

**DELIVERY OPTIONS (Customer Use Only)**
□ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
□ No Saturday Delivery (delivered next business day)
□ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )
Clerk(s)
% Clerk of Court
3470 Twelfth Street, Room 134
Riverside, California
ZIP + 4® (U.S. ADDRESSES ONLY)
( 9  2  5  0  1  -  3  8  0  1 )

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

F October 2023
2 1/2 x 9 1/2





how2recycle.info

PAPER POUCH

⬇ **PEEL FROM THIS CORNER**

**MAIL EXPRESS®**

RECEIVED
APR 29 2025
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP